| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **FILED**<br>June 22, 2023<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____NM_____<br>DEPUTY |

**ROMAN VANEGAS, DEMITRIA VANEGAS, LONE STAR FUNDING, LLC,**

    **Plaintiffs,**

v.

**FREEDOM MORTGAGE CORPORATION,**

    **Defendant.**

CIVIL NO. SA:23-CV-00497-OLG

# SHOW CAUSE ORDER

Before the Court is the status of the above-captioned action, in which Defendant filed a motion to dismiss (*see* Dkt. No. 10) on May 17, 2023. To date, Plaintiffs have not filed a response in opposition to the motion. *See* Local Court Rule CV-7(d)(2) (response "shall be filed not later than 14 days after the filing of the motion" to dismiss). Accordingly, it is **ORDERED** that, within ten (10) days of the entry of this Order, Plaintiffs shall **SHOW CAUSE** why Defendant's motion to dismiss (Dkt. No. 10) should not be granted.

It is so **ORDERED**.

**SIGNED** this  22nd  day of June, 2023.

_____
ORLANDO L. GARCIA
United States District Judge