**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ROMAN VANEGAS, DEMITRIA VANEGAS, AND LONE STAR FAST FUNDING, LLC, § § § § Plaintiff, § § v. § § Civil Action No. 5:23-cv-00497-olg FREEDOM MORTGAGE CORPORATION § § § § Defendant. § | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Roman Vanegas, Demitria Vanegas Garcia and Loan Star Fast Lending, LLC ("Plaintiffs") and Freedom Mortgage Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree that Plaintiff's asserted claims, or claims that could have been asserted, are dismissed with prejudice. All parties shall bear their own costs and fees.

**Dated: June 26, 2023**

Respectfully submitted:

| **/s/Geoffery Mayfield** | **/s/Bradley Conway** |
|---|---|
| Geoffery Mayfield | Miller, George & Suggs, PLLC |
| Geoffery Mayfield Attorney at Law, P.C. | 600 Tennyson Parkway |
| 14603 Huebner Road, Building 32 | Suite 100 |
| San Antonio, Texas 78230 | Plano, Texas 75024 |
| Tel: (210) 535-0870 | Tel: (972) 532-0128 |
| Fax: (210) 525-8699 | Fax: (972) 532-0128 |
| E-mail: goeff.mayfield@gmail.com | E-mail: bconway@mgs-legal.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
| **Roman Vanegas, Demitria Vanegas nd Loan Star Fast Lending, LLC** | **Freedom Mortgage Corporation** |